J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Adobe Systems Incorporated, | ) Case No. C08 00936 MHP |
| --- | --- |
| Plaintiff, | ) NOTICE OF INTERESTED PARTIES |
| v. | ) |
| Eduard Sarkisov a/k/a Edward Sarkisov and Does 1 – 10, inclusive, | ) CIVIL LOCAL RULE 3-16(c)(1) |
| Defendants. | ) |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: February 13, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorney for Plaintiff Adobe Systems Incorporated

Adobe v. Sarkisov: Notice of Interested Parties      - 1 -