J. ANDREW COOMBS
517 E. WILSON ST. #202
GLENDALE, CA 91206
(818) 500-3200

---

## UNITED STATES DISTRICT COURT
## _NORTHERN_ DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADOBE SYSTEMS INC.   Plaintiff(s) | CASE NUMBER: C080936 PJH | |
| v. | | |
| E. SARKISOV, ET AL.   Defendant(s) | **PROOF OF SERVICE SUMMONS AND COMPLAINT** (Use separate proof of service for each person/party served) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **served** copies of the *(specify documents)*:

   a. ☐ summons   ☐ complaint   ☐ alias summons   ☐ first ammended complaint
   ☐ second amended complaint
   ☐ third amended complaint

   ☒ other *(specify):* **See Attached List**

2. **Person served:**

   a. ☒ Defendant *(name:)* **EDUARD SARKISOV A/K/A EDWARD SARKISOV**
   b. ☒ Other *(specify name and title or relationship to the party/business named):*
      **STAN STOPSKY - OCCUPANT**
   c. ☒ Address where the papers were served: **14615 MCCORMICK**
      **SHERMAN OAKS, CA**

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. ☐ Federal Rules of Civil Procedure
   b. ☒ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* at *(time):*

   b. ☒ By **Substituted Service.** By leaving copies:

      1. ☒ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date):* **03/03/2008** at *(time):* **03:50 pm**

      4. ☒ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☒ **papers were mailed on** *(date):* **03/06/2008**

      6. ☒ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                              PAGE 1
                                                                                                    CV-1/1255438

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*      at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **David Smith**
   **Janney & Janney Attorney Service, Inc.**
   **1545 Wilshire Bl. #311**
   **Los Angeles, CA 90017**
   **(213) 628-6338**

   a. Fee for service: $ **146.00**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration # :**1978**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **March 11, 2008**      **David Smith**           _____(Signature)_____
                          *Type or Print Server's Name*

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                PAGE 2
                                                                            1255438

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| **J. ANDREW COOMBS**<br>**517 E. WILSON ST. #202   GLENDALE, CA 91206**<br>TELEPHONE NO.: **(818) 500-3200**     FAX NO.: **(818) 500-3201**<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |
| **USDC - NORTHERN DISTRICT - OAKLAND**<br>STREET ADDRESS: **1301 CLAY STREET**<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **OAKLAND, CA 94612-5212**<br>BRANCH NAME: **NORTHERN DISTRICT - OAKLAND** | |
| PLAINTIFF/PETITIONER: **ADOBE SYSTEMS INC.**<br>DEFENDANT/RESPONDENT: **E. SARKISOV, ET AL.** | |
| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>C080936MHP |

I received the within process on February 20, 2008 and that after due and diligent effort I have not been able to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

 Servee: **EDUARD SARKISOV A/K/A EDWARD SARKISOV**

 Documents: **See Attached List**

As enumerated below:

**02/27/2008 -- 08:10 pm**      14615 MCCORMICK
                   SHERMAN OAKS, CA
 No answer at door.

**02/28/2008 -- 07:30 am**      14615 MCCORMICK
                   SHERMAN OAKS, CA
 No answer at door.

**03/01/2008 -- 03:50 pm**      14615 MCCORMICK
                   SHERMAN OAKS, CA
 No answer at door.

**03/03/2008 -- 03:50 pm**      14615 MCCORMICK
                   SHERMAN OAKS, CA
 Substituted Service Effected.

County: **Los Angeles**
Registration No.: **1978**
**Janney and Janney Attorney Service, Inc.**
**1545 Wilshire Blvd.**
**Los Angeles, CA 90017**
**(213) 628-6338**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 11, 2008** at **Los Angeles**, California.

Signature: _____
**David Smith**

**DECLARATION OF DILIGENCE**              Order#: 1255438/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| J. ANDREW COOMBS<br>517 E. WILSON ST. #202  GLENDALE, CA 91206<br>TELEPHONE NO.: (818) 500-3200    FAX NO.: (818) 500-3201<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

| USDC - NORTHERN DISTRICT - OAKLAND |
|---|
| STREET ADDRESS: 1301 CLAY STREET |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: OAKLAND, CA 94612-5212 |
| BRANCH NAME: NORTHERN DISTRICT - OAKLAND |

| PLAINTIFF/PETITIONER: ADOBE SYSTEMS INC. |
|---|
| DEFENDANT/RESPONDENT: E. SARKISOV, ET AL. |

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>C080936MHP |
|---|---|

I received the within process on February 20, 2008 and that after due and diligent effort I have not been able to personally serve said person. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee:    **EDUARD SARKISOV A/K/A EDWARD SARKISOV**

    Documents:    **See Attached List**

As enumerated below:

    14615 MCCORMICK
    SHERMAN OAKS, CA
UNABLE TO EFFECT SERVICE AT RESIDENCE ADDRESS. SEVERAL ATTEMPTS MADE - UNABLE TO GAIN ACCESS...

County: **Los Angeles**
Registration No.: **1978**
**Janney and Janney Attorney Service, Inc.**
**1545 Wilshire Blvd.**
**Los Angeles, CA 90017**
**(213) 628-6338**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **March 12, 2008** at **Los Angeles**, California.

Signature: _____
    David Smith

**DECLARATION OF DILIGENCE**

Order#: 1255438/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | | FOR COURT USE ONLY |
|---|---|---|
| J. ANDREW COOMBS <br> 517 E. WILSON ST. #202   GLENDALE, CA 91206 | | |
| TELEPHONE NO.: **(818) 500-3200** | FAX NO.: **(818) 500-3201** | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: | | |
| **USDC - NORTHERN DISTRICT - OAKLAND** <br> STREET ADDRESS: **1301 CLAY STREET** <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: **OAKLAND, CA 94612-5212** <br> BRANCH NAME: **NORTHERN DISTRICT - OAKLAND** | | |
| PLAINTIFF/PETITIONER: **ADOBE SYSTEMS INC.** <br> DEFENDANT/RESPONDENT: **E. SARKISOV, ET AL.** | | |
| **PROOF OF SERVICE BY MAIL** | | CASE NUMBER: <br> **C080936MHP** |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Los Angeles, CA 90017.

On March 6, 2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

   See Attached List

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

   **EDUARD SARKISOV A/K/A EDWARD SARKISOV**
   **14615 MCCORMICK**
   **SHERMAN OAKS, CA**

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for Service: 146.00

Janney and Janney Attorney Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on March 11, 2008.

Signature: _____
SUSIE MADRIGAL

**PROOF OF SERVICE BY MAIL**

Order#: 1255438/GProof5

# SERVICE OF PROCESS ATTACHMENT

LISTING OF DOCUMENTS IN SERVICE PACKET

- Summons;
- Complaint;
- Civil Cover Sheet;
- Notice of Interested Parties;
- Plaintiff's Declination to Proceed Before Magistrate Judge;
- Trademark Notice;
- Copyright Notice;
- Order Setting Initial Case Management Conference and ADR Deadlines;
- Chief Judge M. H. Patel Standing Orders;
- Order Setting Conference Form;
- Joint Case Management Statement and Proposed Order Form;
- Standing Order for all Judges of the Northern District of California;
- Recusal Order (Doc #6);
- Reassignment Order (Doc #7);
- Order Setting Case Management Conference Hearing (Doc #8)

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On March 17, 2008, I served on the interested parties in this action with the:

- **PROOF OF SERVICE -- SUMMONS AND COMPLAINT**

for the following civil action:

<u>Adobe Systems Incorporated v. Eduard Sarkisov a/k/a Edward Sarkisov, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

Eduard Sarkisov a/k/a Edward Sarkisov
14615 McCormick St.
Van Nuys, California 91411

Place of Mailing: Glendale, California
Executed on March 17, 2008, at Glendale, California

_____
Jeremy Cordero