1  Cheryl L. Hodgson, Esq., SBN 141275
   HODGSON LAW GROUP
2  9606 Santa Monica Boulevard, Third Floor
   Beverly Hills, California 90210
3  Tel. (310) 623-3515
4  Fax (310) 919-3515
   Attorney for Defendant
5  chodgson@hodgson-law.com

6  Annie S. Wang, SBN 243027
7  J. Andrew Coombs, SBN 123881
   517 E. Wilson Avenue, Suite 202
8  Glendale, CA 91206
   Tel (818) 500-3200
9  Fax (818) 500-3201
   annie@coombspc.com
10 andy@coombspc.com

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | Case No. C 08-0936 (PJH) |
| Plaintiffs, | STIPULATED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| vs. | Date: May 29, 2008 |
| | Time: 2:30 p.m. |
| EDUARD SARKISOV | Place: Courtroom 3 |
| Defendant. | |

The parties, by and through counsel, move for a continuance of the Case Management Conference currently set for May 29, 2008, 2:30 p.m. in Courtroom 3 to any of the following dates, or such other date as the court may thereafter order:

June 17-20, 2008

June 25-27, 2008

---

STIPULATED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1     June 25-27, 2008

2     Week of June 30, 2008

3     The grounds for this motion are as follows:

4     1. Ms. Hodgson, counsel for defendant will be out of the country from May 15-30, 2008 attending the International Trademark Association Meeting in Berlin, Germany, a trip which has been planned since November 2007.

    2. The parties have been in settlement discussions, and will continue discussions upon Ms. Hodgson's return in an effort to resolve the matter prior to the Case Management Conference. The proposed dates will allow the parties sufficient time to finalize and prepare the Joint Case Management Conference should settlement discussions be unsuccessful.

Respectfully submitted,

Dated: May 12, 2008

By: /s/ Cheryl L. Hodgson
Cheryl L. Hodgson
HODGSON LAW GROUP
9606 Santa Monica Blvd., Third Floor
Beverly Hills, CA 90210
Attorney for Defendant

By: /s/ Annie S. Wang
Annie S. Wang
J. Andrew Coombs, P.C.
517 E. Wilson Avenue, Suite 202
Glendale, CA 91206
Attorney for Plaintiff

Case No. C 08-0936 (PJH)     2
STIULATED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9606 Santa Monica Boulevard, Third Floor, Beverly Hills, California 90210.

On May 22, 2008, I served the foregoing documents described as **STIPULATION AND PROPOSED ORDER** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

J. Andrew Coombs
Attorney at Law
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

[ X ]   **(BY UNITED STATES MAIL)** I deposited such envelope in the mail at Beverly Hills, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]   **(BY TELEFAX)** I caused such document to be transmitted via telefax to the offices of the addressee(s), telefax number:

[ ]   **(BY PERSONAL SERVICE/MESSENGER)** I delivered such envelope by hand via messenger service to the office of the addressee.

[ ]   **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 12, 2008 at Beverly Hills, California.

CHERYL L. HODGSON

---

STIPULATED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

Cheryl L. Hodgson, Esq., SBN 141275
HODGSON LAW GROUP
9606 Santa Monica Boulevard, Third Floor
Beverly Hills, California 90210
Tel. (310) 623-3515
Fax (310) 919-3515
Attorney for Defendant
chodgson@hodgson-law.com

Annie S. Wang, SBN 243027
J. Andrew Coombs, SBN 123881
517 E. Wilson Avenue, Suite 202
Glendale, CA 91206
Tel (818) 500-3200
Fax (818) 500-3201
annie@coombspc.com
andy@coombspc.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br><br>EDUARD SARKISOV<br><br>Defendant. | Case No. C 08-0936 (PJH)<br><br>DECLARATION OF CHERYL L. HODGSON IN SUPPORT OF MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

**DECLARATION OF CHERYL L. HODGSON**

I, Cheryl L. Hodgson, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before the courts of the State

DECLARATION OF CHERYL L. HODGSON

of California, New York, and Tennessee. I am representing the defendant in this action. The matters set forth herein are of my own personal knowledge, and if called upon to testify to these matters, I could and would do so competently.

2. I have a long standing professional trip which requires that I be out of the country from May 15-30, 2008, namely attending the International Trademark Association Meeting in Berlin, Germany, and subsequent meetings.

3. I have other matters which were previously scheduled during the week of June 2 and June 9, 2008 upon my return.

4. I have conferred with counsel, to list dates available to both my opposing counsel and for me for a continued conference.

5. I respectfully request the court reschedule the Case Management Conference to one of the dates listed in the parties Stipulated Motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on the 12th day of May, 2008 at Beverly Hills, California.

_Cheryl L. Hodgson_

Case No. C 08-0936 (PJH)                           2
DECLARATION OF CHERYL L. HODGSON

**PROOF OF SERVICE**

STATE OF CALIFORNIA   )
                      )
COUNTY OF LOS ANGELES )

 I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9606 Santa Monica Boulevard, Third Floor, Beverly Hills, California 90210.

 On May 12, 2008, I served the foregoing documents described as **DECLARATION OF CHERYL HODGSON** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

J. Andrew Coombs
Attorney at Law
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

[ X ] **(BY UNITED STATES MAIL)** I deposited such envelope in the mail at Beverly Hills, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] **(BY TELEFAX)** I caused such document to be transmitted via telefax to the offices of the addressee(s), telefax number:

[ ] **(BY PERSONAL SERVICE/MESSENGER)** I delivered such envelope by hand via messenger service to the office of the addressee.

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 12, 2008 at Beverly Hills, California.

*[signature]*
CHERYL L. HODGSON

---

DECLARATION OF CHERYL L. HODGSON

1  Cheryl L. Hodgson, Esq., SBN 141275
   HODGSON LAW GROUP
2  9606 Santa Monica Boulevard, Third Floor
   Beverly Hills, California 90210
3  Tel. (310) 623-3515
4  Fax (310) 919-3515
   Attorney for Defendant
5  chodgson@hodgson-law.com

6  Annie S. Wang, SBN 243027
7  J. Andrew Coombs, SBN 123881
   517 E. Wilson Avenue, Suite 202
8  Glendale, CA 91206
   Tel (818) 500-3200
9  Fax (818) 500-3201
   Attorney for Plaintiff
10 annie@coombspc.com
11 andy@coombspc.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADOBE SYSTEMS INCORPORATED, | Case No. C 08-0936 (PJH) |
|---|---|
| Plaintiffs, | ORDER [proposed] ON STIPULATED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| vs. | |
| EDUARD SARKISOV | |
| Defendant. | |

This matter came before the court based upon the stipulated Motion for Continuance of the Case Management Conference.

Having considered the Motion, and the Declaration of Plaintiff's counsel,

---

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1 | IT IS HEREBY ORDERED that the Case Management Conference be continued
2 | to _____, 2008 at _____ .
3 |
4 | Dated: May   , 2008
5 |                                                           Honorable Phyllis J. Hamilton
6 |                                                           U.S. District Judge

Case No. C 08-0936 (PJH)                        2
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

## PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9606 Santa Monica Boulevard, Third Floor, Beverly Hills, California 90210.

On May 12, 2008, I served the foregoing documents described as **STIPULATION AND PROPOSED ORDER** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

J. Andrew Coombs
Attorney at Law
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

[ X ]  (BY UNITED STATES MAIL) I deposited such envelope in the mail at Beverly Hills, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]  (BY TELEFAX) I caused such document to be transmitted via telefax to the offices of the addressee(s), telefax number:

[ ]  (BY PERSONAL SERVICE/MESSENGER) I delivered such envelope by hand via messenger service to the office of the addressee.

[ ]  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (Federal) I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 12, 2008 at Beverly Hills, California.

CHERYL L. HODGSON

---

ORDER CONTINUING CASE MANAGEMENT CONFERENCE