1  Cheryl L. Hodgson, Esq., SBN 141275
   HODGSON LAW GROUP
2  9606 Santa Monica Boulevard, Third Floor
   Beverly Hills, California 90210
3  Tel. (310) 623-3515
4  Fax (310) 919-3515
   Attorney for Defendant
5  chodgson@hodgson-law.com

6  Annie S. Wang, SBN 243027
7  J. Andrew Coombs, SBN 123881
   517 E. Wilson Avenue, Suite 202
8  Glendale, CA 91206
   Tel (818) 500-3200
9  Fax (818) 500-3201
   Attorney for Plaintiff
10 annie@coombspc.com
11 andy@coombspc.com

12
              UNITED STATES DISTRICT COURT
13
              NORTHERN DISTRICT OF CALIFORNIA
14

15

16 ADOBE SYSTEMS INCORPORATED,          Case No. C 08-0936 (PJH)
17
              Plaintiffs,               ORDER [~~proposed~~]
18                                      ON STIPULATED MOTION FOR
                                        CONTINUANCE OF CASE
19    vs.                               MANAGEMENT CONFERENCE

20

21 EDUARD SARKISOV

22            Defendant.

23

24

25     This matter came before the court based upon the stipulated Motion for Continuance
26 of the Case Management Conference.
27     Having considered the Motion, and the Declaration of Plaintiff's counsel,
28

---

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1     IT IS HEREBY ORDERED that the Case Management Conference be continued

2 to  July 3 , 2008 at  2:30 p.m.

4 Dated: May 15, 2008



# PROOF OF SERVICE

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9606 Santa Monica Boulevard, Third Floor, Beverly Hills, California 90210.

On May 12, 2008, I served the foregoing documents described as **STIPULATION AND PROPOSED ORDER** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

J. Andrew Coombs
Attorney at Law
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

[X] **(BY UNITED STATES MAIL)** I deposited such envelope in the mail at Beverly Hills, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] **(BY TELEFAX)** I caused such document to be transmitted via telefax to the offices of the addressee(s), telefax number:

[ ] **(BY PERSONAL SERVICE/MESSENGER)** I delivered such envelope by hand via messenger service to the office of the addressee.

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 12, 2008 at Beverly Hills, California.

CHERYL L. HODGSON

---

ORDER CONTINUING CASE MANAGEMENT CONFERENCE