Cheryl L. Hodgson, Esq., SBN 141275
HODGSON LAW GROUP
9606 Santa Monica Boulevard, Third Floor
Beverly Hills, California  90210
Tel. (310) 623-3515
Fax (310) 919-3515
Attorney for Defendant
chodgson@hodgson-law.com

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>           Plaintiffs,<br><br>vs.<br><br>EDUARD SARKISOV<br><br>           Defendant. | **Case No. C 08-0936 (PJH)**<br><br>ORDER [proposed]<br><br>ON DEFENDANT"S MOTION TO TRANSFER FOR CONVENIENCE (28 U.S.C. § 1404(a) |

This matter came before the court on August 3, 2006 at 9:00 a.m., based upon Defendant's Motion to Transfer for Convenience pursuant to 28 U.S.C. § 1404(a)

Having considered the Motion, declarations, and file herein:

The Court finds that in the Interest of Justice and for the convenience of the witnesses and parties to the Action;

 IT IS HEREBY ORDERED that this case is transferred to the Central District of California for further proceedings.

Dated:  August     , 2008                    _____
                                                                    Honorable Phyllis J. Hamilton
                                                                    U.S. District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
)
**COUNTY OF LOS ANGELES** )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9606 Santa Monica Boulevard, Third Floor, Beverly Hills, California 90210.

On July 2, 2008, I served the foregoing documents described as **PROPOSED ORDER** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope as follows:

J. Andrew Coombs
Attorney at Law
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

[ X ] **(BY UNITED STATES MAIL)** I deposited such envelope in the mail at Beverly Hills, California. The envelope was mailed with postage fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ] **(BY TELEFAX)** I caused such document to be transmitted via telefax to the offices of the addressee(s), telefax number:

[ ] **(BY PERSONAL SERVICE/MESSENGER)** I delivered such envelope by hand via messenger service to the office of the addressee.

[ ] **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on July 2, 2008 at Beverly Hills, California.

_____
CHERYL L. HODGSON