# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** July 3, 2008                                          **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-0936 PJH

**Case Name:** Adobe Systems, Inc. v. Eduardo Sarkisov

**Attorney(s) for Plaintiff:**     J. Andrew Coombs
**Attorney(s) for Defendant:**     Cheryl Hodgson

**Deputy Clerk**: Nichole Heuerman                    **Court Reporter**: Not Reported

## PROCEEDINGS

Initial Case Management Conference-Held.

The case is referred to ADR for mediation to be completed within 90 days.  Alternatively the parties may participate in private mediation in the Central District of California to be completed within 90 days.

The last day to amend the pleadings is 90 days from today's date which includes naming of doe defendants.  Any doe defendant not named within the 90 day deadline will be dismissed.

Discovery is limited to what is necessary to determine the value of the case.

The hearing date of 8/6/08 for defendant's motion to transfer is vacated.  A briefing schedule and new hearing date will be set at the next case management conference if necessary.

The court sets a further case management conference on 11/20/08 at 2:30 p.m.  A joint case management conference statement shall be filed by 11/13/08.

**Order to be prepared by:**   [] Pl [] Def  [] Court

**Notes:**

**cc: ADR; Claudia; file**