# UNITED STATES DISTRICT COURT

### Northern District of California

| Adobe Systems Incorporated, | 08-00936 PJH MED |
|---|---|
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Sarkisov, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Richard Abramson**
> SRI International
> 333 Ravenswood Ave.
> Menlo Park, CA 94025-3493
> 650-859-6068
> richard.abramson@sri.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-00936 PJH MED                    - 1 -

1    Counsel are reminded that the written mediation statements required by the ADR
2    L.R. 6-7 shall NOT be filed with the court.

Dated: July 28, 2008

                                    RICHARD W. WIEKING
                                    Clerk
                                    by:     Alice M. Fiel

                                    ADR Case Administrator
                                    415-522-3148
                                    Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-00936 PJH MED                              - 2 -