By Email Delivery

July 31, 2008

[See Attached List of All Counsel of Record]

Re:   *Adobe Systems, Inc. v. Sarkisov*
      *C-08-00936 PJH MED*

Dear Counsel:

   As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program.  Please be sure to review carefully ADR L.R. 6, which governs the Mediation program.  I have attached a bio briefly describing my professional experience.

   Pursuant to ADR L.R. 6-6, I will conduct a telephone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who will be present at the session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements; and
- any questions you might have about the mediation program.

I anticipate that the telephone conference will last approximately one-half hour.  Please respond to this letter by sending an email to my administrative assistant Robin Roof setting forth the dates and times in the first half of August that you are available for a telephone conference call.  Robin will then use this information to schedule a call, and will advise all counsel by email of the time and call-in arrangements. Before the telephone conference, please ascertain from your clients a selection of dates in August and in the second half of September upon which the mediation may be conducted.  At present, the court has indicated its preference that the mediation be held on or before October 1, 2008.

  I am not aware of any actual or potential conflicts of interest under 28 U.S.C. §455(a) and (b), nor am I aware of any other circumstances that would compromise my impartiality or create an appearance of impartiality. If any of you are aware of any such circumstances, I would ask that you bring them to my attention immediately in writing, with a copy to all counsel.

  I look forward to assisting you on this case.

            Sincerely yours,

            Richard H. Abramson
            Vice President, Legal & Business Affairs
            and General Counsel

*[Enclosure]*

cc:  Clerk's Office-ADR Unit

**Richard Abramson, VP-Legal and Business Affairs and General Counsel**

With more than 23 years of legal and business experience, Richard Abramson manages all of SRI's legal affairs, the office of Corporate Secretary, and other duties in support of SRI's research, development and commercialization activities.

Prior to joining SRI in 2001, Mr. Abramson was Senior Director of Litigation and Intellectual Property for Immersion Corporation in San Jose. From 1992 to 1999, he was a partner in Heller Ehrman White & McAuliffe's Intellectual Property Litigation Group in Palo Alto, California. From 1984-1991, Mr. Abramson was a litigation associate and partner in the Los Angeles law firm of Irell & Manella, where he also specialized in technology-based intellectual property litigation.

Mr. Abramson served as an Adjunct Professor of Law at the Boalt Hall School of Law at the University of California/Berkeley from 1999-2001, where he taught a course in patent litigation. Since 1998, he has also served as a court-appointed mediator for the United States District Court for the Northern District of California.

Mr. Abramson graduated *magna cum laude* from Claremont McKenna College in 1978. He received his J.D. from Boalt Hall, where he was Senior Articles Editor of the *California Law Review*, in 1981. After law school, he served as a law clerk to the Hon. William H. Orrick, United States District Court for the Northern District of California.